DENNIS M. BROWN, Bar No. 126575
ERICA H. KELLEY, Bar No. 221702
ISELA PEREZ, Bar No. 267859
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150

Attorneys for Defendant
THE VALSPAR CORPORATION

MARTIN E. JENNINGS, Bar No. 040876
217 Jefferson St.
Roseville, CA 95746
Telephone: 916.791.2374

Attorney for Plaintiffs
MOSES ANDERSON, LAUNTE BARNES,
MARCUS D. JACKSON, TAARIG PATEL,
FREDERICK TOUSSAINT and DONALD
WALLACE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES ANDERSON, LAUNTE BARNES, MARCUS D. JACKSON, TAARIG PATEL, FREDERICK TOUSSAINT and DONALD WALLACE,<br><br>Plaintiff,<br><br>v.<br><br>THE VALSPAR CORPORATION, a Delaware Corporation; JENNIFER PIERRE, a California Resident; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:10-CV-03182-GEB-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING THE PRETRIAL SCHEDULING**<br><br>Trial Date: Not Set |

The Valspar Corporation ("Defendant") and Moses Anderson, Launte Barnes, Marcus Jackson, Taarig Patel, Frederick Toussaint and Donald Wallace ("Plaintiffs") (collectively referred to as "the Parties"), by and through their respective counsel of record for good cause do hereby stipulate and respectfully request that this Court issue an Order modifying the Pretrial Scheduling

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

Stip and [prop] Ord Modifying Pretrial Scheduling Order

1  Order issued on April 5, 2011 for the reasons set forth below.

2      1.    Defendant noticed the depositions of the Plaintiffs for February 21, 2012 to February
3  24, 2012 before the current fact discovery cut-off date of March 16, 2012.

4      2.    In-house counsel for Defendant anticipated attending those depositions as the
5  company representative and to assist him in evaluating the case.  The Company was recently ordered
6  to attend a preliminary injunction hearing in Pittsburg, Pennsylvania set for February 22nd and 23rd
7  and Defendant's in-house counsel must now prepare for and attend that preliminary injunction
8  hearing.  As a result, Defendant needs to move the depositions to allow its in-house counsel to attend
9  the plaintiffs' depositions.

10     3.    Plaintiffs' counsel, Mr. Jennings, has an annual pre-paid vacation from February 25,
11  2012 to March 19, 2012 and is unavailable for any purpose during that time.

12     4.    The parties agree that the next mutually agreeable dates for Plaintiffs' depositions are
13  the weeks of either March 26th or April 2nd, depending on witness availability.

14     5.    Counsel for the parties agree that no other deadline set forth in this Court's
15  Scheduling Order dated April 5, 2011 needs to be moved or modified as the result of allowing the
16  Plaintiffs' depositions to take place after the non-expert discovery cut-off deadline.

17         Accordingly, the Parties hereby stipulate and move the Court jointly for an order
18  modifying the Pretrial Scheduling Order as follows:

19     (1)   To allow Defendant to take each of the Plaintiffs' depositions after the current non-
20  expert discovery cut-off date of March 16, 2012 on dates that are mutually agreeable to all parties to
21  take place on or before April 6, 2012.

22     (2)   To keep deadlines currently set forth in this Court's Scheduling Order the same
23  except for the modification in permitting Defendant to take Plaintiffs' depositions after the non-
24  expert discovery cut-off date.

25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

1 | Dated: February 9, 2012

*/s/ Erica H. Kelley*
DENNIS M. BROWN
ERICA H. KELLEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
THE VALSPAR CORPORATION

7 | Dated: February 9, 2012

*/s/ Martin Jennings*
MARTIN JENNINGS
Attorney for Plaintiffs
MOSES ANDERSON, LAUNTE BARNES, MARCUS D. JACKSON, TAARIG PATEL, FREDERICK TOUSSAINT and DONALD WALLACE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

3.

Stip and [prop] Ord Modifying Pretrial Scheduling Order

**ORDER**

This matter having come before the Court upon the written Stipulation of the Parties, a copy of which is attached hereto, it is hereby ordered that the Court's Scheduling Conference Order, entered into on April 5, 2011, be modified as follows:

    (1)    Defendant shall be permitted to take Plaintiffs' depositions after the current non-expert discovery cut-off date of March 16, 2012 on dates that are mutually agreeable to all parties to take place on or before April 6, 2012.

    (2)    All other deadlines currently set forth in this Court's Scheduling Order shall remain the same.

**IT IS SO ORDERED.**

**Date: 2/10/2012**

*[signature]*
GARLAND E. BURRELL, JR.
United States District Judge

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

4.

Stip and [prop] Ord Modifying Pretrial Scheduling Order