1 | DENNIS M. BROWN, Bar No. 126575
ERICA H. KELLEY, Bar No. 221702
2 | ISELA PEREZ, Bar No. 267859
LITTLER MENDELSON
3 | A Professional Corporation
50 W. San Fernando, 15th Floor
4 | San Jose, CA  95113.2303
Telephone:     408.998.4150

Attorneys for Defendant
THE VALSPAR CORPORATION

MARTIN E. JENNINGS, Bar No. 040876
217 Jefferson St.
Roseville, CA 95746
Telephone: 916.791.2374

Attorney for Plaintiffs
MOSES ANDERSON, LAUNTE BARNES,
MARCUS D. JACKSON, TAARIG PATEL,
FREDERICK TOUSSAINT and DONALD
WALLACE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MOSES ANDERSON, LAUNTE BARNES, MARCUS D. JACKSON, TAARIG PATEL, FREDERICK TOUSSAINT and DONALD WALLACE,<br><br>Plaintiff,<br><br>v.<br><br>THE VALSPAR CORPORATION, a Delaware Corporation; JENNIFER PIERRE, a California Resident; and DOES 1 through 100, inclusive,<br><br>Defendant. | Case No. 2:10-CV-03182-GEB-EFB<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER MODIFYING THE PRETRIAL SCHEDULING ORDER**<br><br>Trial Date:  Not Set |
|---|---|

The Valspar Corporation ("Defendant") and Launte Barnes, Marcus Jackson, Frederick Toussaint and Donald Wallace ("Plaintiffs") (collectively referred to as "the Parties"), by and through their respective counsel of record for good cause do hereby stipulate and respectfully request that this Court issue an Order modifying the Pretrial Scheduling Order issued on April 5, 2011 for the reasons set forth below.

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

Case No. 2:10-CV-03182-GEB-EFB

Second Stip and [prop] Ord Modifying Pretrial Scheduling Order

1      1.      On February 13, 2012, this Court signed an Order modifying the Court's April 5,
2 2011 Scheduling Order, which allowed Defendant to take the Plaintiffs' depositions before April 6,
3 2012.

4      2.      Defendant thereafter coordinated with Plaintiffs' counsel regarding the availability of
5 all parties and counsel and set the depositions for March 30, 2012, April 2, 2012 and April 3, 2012.
6 Defendant served Amended Deposition Notices for each Plaintiff, including Donald Wallace.  All of
7 the depositions set went forward, except for Mr. Wallace.

8      3.      On April 2, 2012, Mr. Jennings learned for the first time that Donald Wallace would
9 not be available for his deposition, currently set for the afternoon of April 3, 2012.   Mr. Wallace left
10 a voicemail message stating he was out of town and believed his deposition was set for the following
11 week.  Mr. Jennings informed Ms. Kelley during a break during the deposition and stated he was
12 trying to contact Mr. Wallace to obtain additional information.

13      4.      As of April 3, 2012, Mr. Jennings has not been in contact with his client, Donald
14 Wallace to confirm a new date for his deposition.  As a result, counsel for the parties agree, based on
15 their availability that Mr. Wallace's deposition can be rescheduled on or before April 20, 2012.  To
16 the extent that Mr. Wallace again fails to appear for the rescheduled deposition, Defendant requests
17 that it be permitted to file a Motion to Compel his Deposition on or before April 28, 2012.

18      5.      Counsel for the parties agree that no other deadline set forth in this Court's
19 Scheduling Order dated April 5, 2011 needs to be moved or modified as the result of allowing the
20 Plaintiff Donald Wallace's deposition to take place after the non-expert discovery cut-off deadline,
21 except for a Motion to Compel his deposition, if necessary.

22      Accordingly, the Parties hereby stipulate and move the Court jointly for an order
23 modifying the Pretrial Scheduling Order as follows:

24      (1)     To allow Defendant to take Plaintiff Donald Wallace's deposition after the current
25 cut-off date of April 6, 2012 on a date that is mutually agreeable to all parties to take place on or
26 before April 20, 2012.

27      (2)     To allow Defendant to file a Motion to Compel Plaintiff Donald Wallace's
28 deposition, if necessary, on or before April 28, 2012.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

2.                                    Case No. 2:10-CV-03182-GEB-EFB
Second Stip and [prop] Ord Modifying Pretrial Scheduling Order

(3)     To keep all other deadlines currently set forth in this Court's Scheduling Order the same except for the modification in permitting Defendant to take Plaintiff Donald Wallace's deposition, and a Motion to Compel his deposition, if necessary, after the non-expert discovery cut-off date.

Dated: April 4, 2012

*/s/ Erica H. Kelley*
DENNIS M. BROWN
ERICA H. KELLEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
THE VALSPAR CORPORATION

Dated: April 4, 2012

*/s/ Martin Jennings*
MARTIN JENNINGS
Attorney for Plaintiffs
MOSES ANDERSON, LAUNTE BARNES, MARCUS D. JACKSON, TAARIG PATEL, FREDERICK TOUSSAINT and DONALD WALLACE

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

3.     Case No. 2:10-CV-03182-GEB-EFB
Second Stip and [prop] Ord Modifying Pretrial Scheduling Order

**ORDER**

This matter having come before the Court upon the written Stipulation of the Parties, a copy of which is attached hereto, it is hereby ordered that the Court's Scheduling Conference Order and Modification thereto, entered into on April 5, 2011 and February 13, 2012, be modified as follows:

(1) Defendant shall be permitted to take Plaintiff Donald Wallace's deposition after the current Court Ordered completion date of April 6, 2012 on a date that is mutually agreeable to all parties to take place on or before April 20, 2012.

(2) That Defendant shall be permitted to file a Motion to Compel Plaintiff Donald Wallace's deposition, if necessary, on or before April 28, 2012.

(3) All other deadlines currently set forth in this Court's Scheduling Order shall remain the same.

**IT IS SO ORDERED.**

**Date: 4/5/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

4.    Case No. 2:10-CV-03182-GEB-EFB
Second Stip and [prop] Ord Modifying Pretrial Scheduling Order