```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| MOSES ANDERSON, LAUNTE BARNES, MARCUS D. JACKSON, FREDERICK TAUSSAINT, and DONALD WALLACE, | 2:10-cv-03182-GEB-EFB |
| Plaintiffs, | ORDER |
| v. | |
| THE VALSPAR CORPORATION, a Delaware Corporation; JENNIFER PIERRE, a California Resident; and DOES 1 through 100, inclusive, | |
| Defendants. | |

The parties have not shown that their Stipulation and [Proposed] Order Modifying the Pretrial Scheduling, filed on October 19, 2012, in which they seek modification of the April 5, 2011 Status (Pretrial Scheduling) Order, should be signed; therefore, it is disregarded. The Stipulation concerns the status of deceased Plaintiff Moses Anderson's claims. However, the parties' Joint Scheduling Report, filed on March 28, 2011, shows that the parties knew about decedent Moses' death when the Joint Status Report was filed, and the parties have not provided good cause justifying modification of the scheduling order.

Dated: October 22, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1