IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS JACKSON,<br>        Plaintiff,<br><br>     v.<br><br>THE VALSPAR CORPORATION, a Delaware Corporation,<br>        Defendant. | 2:10-cv-03182-GEB-EFB<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

        Defendant filed a "Notice of Settlement" on March 19, 2013, in which it states: "Plaintiff Marcus D. Jackson and Defendant The Valspar Corporation have reached a settlement completely disposing of Mr. Jackson's claims. The parties will file a Stipulation of Settlement and Request for Dismissal and supporting documents in accordance with the time limits set forth in Local Rule 160(b)." (ECF No. 81.)

        Therefore, a dispositional document shall be filed no later than April 9, 2013. See E.D. Cal. R. 160(b) (prescribing that a dispositional document must be filed within twenty-one days from the date of notification of settlement a showing of absent good cause). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. Id. ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the trial, scheduled to commence at 9:00 a.m. on April 23, 2013, shall remain on calendar in the event no dispositional document is filed, or if this action is not otherwise dismissed.

IT IS SO ORDERED.

Dated:  March 20, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge