IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS JACKSON,  )
                               )  2:10-cv-03182-GEB-EFB
          Plaintiff,  )
                               )
     v.  )  ORDER RE: SETTLEMENT AND
                               )  DISPOSITION
THE VALSPAR CORPORATION, a  )
Delaware Corporation,  )
                               )
         Defendant.  )
_____)

        Defendant filed a "Notice of Settlement" on March 19, 2013, in which it states: "Plaintiff Marcus D. Jackson and Defendant The Valspar Corporation have reached a settlement completely disposing of Mr. Jackson's claims. The parties will file a Stipulation of Settlement and Request for Dismissal and supporting documents in accordance with the time limits set forth in Local Rule 160(b)." (ECF No. 81.)

        Therefore, a dispositional document shall be filed no later than April 9, 2013. See E.D. Cal. R. 160(b) (prescribing that a dispositional document must be filed within twenty-one days from the date of notification of settlement a showing of absent good cause). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. Id. ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1  Further, the trial, scheduled to commence at 9:00 a.m. on
2 April 23, 2013, shall remain on calendar in the event no dispositional
3 document is filed, or if this action is not otherwise dismissed.
4  IT IS SO ORDERED.

Dated: March 22, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge